```
UNITED STATES DISTRICT COURT
    DISTRICT OF CONNECTICUT
```

```
--------------------------------x
ROSALIND ELAINE SMITH,          :
         Plaintiff,             :
                                :
v.                              :  Civil No. 15cv599 (AWT)
                                :
A BETTER WAY WHOLESALE AUTOS,   :
INC.                            :
         Defendant.             :
--------------------------------x
```

## ORDER RE PLAINTIFF'S MOTION FOR JUDGMENT

Plaintiff's Motion for Judgment Following Arbitration Award (Doc. No. 14) is hereby GRANTED.

The Clerk shall enter judgment in favor of the plaintiff, Rosalind Elaine Smith, against the defendant, A Better Way Wholesale Autos, Inc., pursuant to 9 U.S.C. § 9, in the amount of $47,523.65, which represents:

(A)  damages of $19,789.51;

(B)  statutory damages of $2,000; and

(C)  reasonable attorney's fees and costs of $25,734.14, which includes:

   (1)  $5,447 on the TILA claim; and

   (2)  $20,287.14 on the Magnuson-Moss claim.

The court awards the plaintiff post-judgment interest, and the judgment shall reflect that fact.

The defendant may retrieve the vehicle at its expense upon payment of the award.

It is so ordered.

Signed this 12th day of April, 2017, at Hartford, Connecticut.

          /s/ AWT
Alvin W. Thompson
United States District Judge