UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSALIND ELAINE SMITH | ) | CIVIL ACTION NO. |
|    Plaintiff | ) | 3:15-CV-00599-AWT |
| | ) | |
| v. | ) | |
| | ) | |
| A BETTER WAY WHOLESALE | ) | |
| AUTOS, INC. | ) | |
|    Defendant | ) | |
| | ) | AUGUST 28, 2017 |

## BILL OF COSTS

The Plaintiff hereby submits her Bill of Costs as follows:

| | |
|---|---|
| Entry Fee – U.S. District Court | $400.00 |
| Marshal Davis – Service of Complaint | <u>$64.70</u> |
| TOTAL | $464.70 |

PLAINTIFF, ROSALIND ELAINE SMITH,

By: /s/ *Daniel S. Blinn*
    Daniel S. Blinn (ct02188)
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, Connecticut 06067
    Tel. (860) 571-0408
    Fax (860) 571-7457
    dblinn@consumerlawgroup.com

## CERTIFICATION

  I hereby certify that on this 28th day of August, 2017, a copy of the foregoing Bill of Costs was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

            /s/ *Daniel S. Blinn*
            Daniel S. Blinn