UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSALIND ELAINE SMITH )<br>    Plaintiff ) | CIVIL ACTION NO.<br>3:15-CV-00599-AWT |
| ) | |
| v. ) | |
| ) | |
| A BETTER WAY WHOLESALE ) | |
| AUTOS, INC. ) | |
|     Defendant ) | |
| ) | AUGUST 28, 2017 |

**<u>MOTION FOR POST-APPEAL ATTORNEY'S FEES</u>**

Plaintiff Rosalind Elaine Smith hereby moves for an award of supplemental attorney's fees in the amount of $8,595 to be paid by the defendant, A Better Way Wholesale Autos, Inc. This amount is in addition to the $5,800 previously sought for securing the confirmation of the arbitration award. In support of this Motion, Plaintiff attaches the declaration of the undersigned counsel, the declaration of Brian L. Bromberg, and a supporting Memorandum of Law.

                              PLAINTIFF, ROSALIND ELAINE SMITH

                              By: <u>/s/ *Daniel S. Blinn*</u>
                                  Daniel S. Blinn (ct02188)
                                  Consumer Law Group, LLC
                                  35 Cold Spring Road, Suite 512
                                  Rocky Hill, Connecticut 06067
                                  Tel. (860) 571-0408
                                  Fax (860) 571-7457
                                  dblinn@consumerlawgroup.com

## CERTIFICATION

     I hereby certify that on this 28th day of August, 2017, a copy of the foregoing Motion for Post-Appeal Attorney's Fees, the supporting Declaration of Daniel S. Blinn, the Supporting Declaration of Brian L. Bromberg and the supporting Memorandum of Law were filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                  /s/ *Daniel S. Blinn*
                                                  Daniel S. Blinn