UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSALIND ELAINE SMITH<br>    Plaintiff | )<br>) | CIVIL ACTION NO.<br>3:15-CV-00599-AWT |
| | ) | |
| v. | ) | |
| | ) | |
| A BETTER WAY WHOLESALE<br>AUTOS, INC.<br>    Defendant | )<br>)<br>) | |
| | ) | AUGUST 28, 2017 |

## **DECLARATION OF DANIEL S. BLINN**

STATE OF CONNECTICUT:
                        : ss.  Rocky Hill
COUNTY OF HARTFORD   :

The undersigned hereby declares under penalty of perjury that:

1.    I am over eighteen years of age, and I believe in the obligations of an oath.

2.    This Affidavit addresses the attorney's fees incurred subsequent to the submission of the previously filed motion for supplemental attorney's fees.

3.    I attach as "Exhibit A" a report showing the work performed in connection with the collection of the judgment, opposition to ABW's motion to substitute an escrow for a bond, opposition to ABW's motion for a stay of execution, and responding to ABW's appeal of this matter and participation in the CAMP Conference.

4.    It is my considered opinion that a supplemental attorney's fee of $6,755 is reasonable and fair for the additional work performed by my firm.

5.    When combined with the $5,800 sought for supplemental fees involved in

obtaining the judgment and opposing ABW's collateral attack on the arbitration award and the $1,840 sought by Attorney Brian L. Bromberg, the total sought for fees is $14,395.

                                                /s/ Daniel S. Blinn
                                                Daniel S. Blinn

# EXHIBIT A

Date:   8/28/2017
User:   DB

# Pre-Bill Worksheet

**Bill To:** **Smith, Rosalind v. A Better Way Wholesale Autos, Inc. - Warranty Claims - 1**

Rosalind E. Smith
11665 Raphael Place
Cincinnati, OH 45240

Billing Cycle:
Status                  Active

**Fees**

| Date / Staff | Bill Code / Description | Rate Markup % | Hours DNB Hours | No Chg | Amount | Status | Adj Val | Billed Val |
|---|---|---|---|---|---|---|---|---|
| 4/27/2017 LM | Prepare bank execution. | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 5/01/2017 LM | Edit bank execution and motion to appoint process server. | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 5/02/2017 LM | Letter to Marshal Barbieri w/instructions for service of bank execution | $150.00 | 0.20 | 0.20 | $0.00 | No Charge | $0.00 | $0.00 |
| 5/03/2017 DSB | review appeal and consideration of possible issues and outline of same for Atty Bromberg (.5); prepare report to client re filing of appeal and analysis (.2) | $400.00 | 0.70 | 0.00 | $280.00 | Billable | $280.00 | $280.00 |
| 5/03/2017 DSB | Review motion to substitute escrow for bond and evaluate; notes to file and tc w/ Brian Bromberg | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 5/04/2017 LM | Receipt/review of Docketing Notice and appeal documents; calendar deadline to file Acknowledgment and Notice of Appearance Form; prepare Appearance form. | $150.00 | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 5/04/2017 LM | tct Marshal Barbieri's office re: status of service of bank execution | $150.00 | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 5/05/2017 LM | tct Lynn @ Marshal Barbieri's office re: status of service of bank execution | $150.00 | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 5/08/2017 BLM | conf w/ DSB regarding opposition to cash escrow in lieu of bond | $275.00 | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 5/08/2017 BLM | opposition to mot substitute bond to cash escrow research | $275.00 | 1.50 | 0.00 | $412.50 | Billable | $412.50 | $412.50 |

1

| Date / Initials | Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 5/08/2017 DSB | conf w/ BLM re opposition to motion for bond | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 5/08/2017 DSB | review issue re partial execution while pending motion to post substitute collateral is pending (.2); conf w/ Brian Bromberg re same (.2); tc w/ client re anticipated recovery of funds and options re same (.3) | $400.00 | 0.70 | 0.00 | $280.00 | Billable | $280.00 | $280.00 |
| 5/10/2017 BLM | writing obj to escrow motion | $275.00 | 3.50 | 0.00 | $962.50 | Billable | $962.50 | $962.50 |
| 5/10/2017 BLM | review DB's comments on escrow motion; revise motion | $275.00 | 0.50 | 0.00 | $137.50 | Billable | $137.50 | $137.50 |
| 5/10/2017 DSB | conf w/ BLM re memo opposing escrow | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 5/10/2017 DSB | review and comment on draft MOL opposing motion for escrow in lieu of bond | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 5/10/2017 DSB | review claimed errors in 2d Circuit filing | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 5/12/2017 BLM | continued revision of MOL regarding motion for escrow | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 5/12/2017 DSB | research FRAP re options for frivolous appeal (.1); tc w/ Brian Bromberg re same and strategy(.2) | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 5/15/2017 LM | tct (vmm) client re: availability for 6/16 mediation and tct Votre's office to confirm his attendance/availability. | $150.00 | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 5/16/2017 DF | tct client re: Tel. Mediation Conf. for June 16th @ 10:30 AM. | $95.00 | 0.20 | 0.20 | $0.00 | No Charge | $0.00 | $0.00 |
| 5/16/2017 LM | tct (vmm) client re: telephonic mediation | $150.00 | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 5/16/2017 LM | Email to Atty Bromberg re: CAMP conference. | $150.00 | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 5/23/2017 DSB | revise and finalize memorandum opposing motion for bond | $400.00 | 0.70 | 0.00 | $280.00 | Billable | $280.00 | $280.00 |
| 5/23/2017 DSB | revise and finalize motion re escrow (.8); tc w/ Brian Bromberg and prepare Bromberg Declaration (.3) | $400.00 | 1.30 | 0.00 | $520.00 | Billable | $520.00 | $520.00 |
| 5/24/2017 DSB | review motion for stay and evaluate same; consideration of sending Rule 11 motion for | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |

2

# Pre-Bill Worksheet

| Date / Initials | Description | Rate | Hours | No Charge | Amount | Status | Billed | Total |
|---|---|---|---|---|---|---|---|---|
| | misrepresentations of record and background in motion | | | | | | | |
| 5/24/2017 LM | Edit Memo in reply to motion to substitute bond and finalize BB declaration. | $150.00 | 0.70 | 0.00 | $105.00 | Billable | $105.00 | $105.00 |
| 6/02/2017 DF | tct client re: mediation tel. conf. information; lvm; client called back will ck email | $95.00 | 0.20 | 0.20 | $0.00 | No Charge | $0.00 | $0.00 |
| 6/02/2017 DSB | prepare CAMP ex parte statement | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 6/06/2017 DSB | Draft opposition to ABW Motion to Stay Execution | $400.00 | 1.50 | 0.00 | $600.00 | Billable | $600.00 | $600.00 |
| 6/09/2017 DSB | revise and finalize opposition to motion for stay | $400.00 | 0.40 | 0.00 | $160.00 | Billable | $160.00 | $160.00 |
| 6/10/2017 DSB | review file status and appendix issues w/ Brian Bromberg | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 6/11/2017 DSB | revise and finalize CAMP mediation statement | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 6/12/2017 LM | Finalize and email CAMP mediation statement | $150.00 | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 6/15/2017 DSB | Prepare for CAMP Conf | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 6/16/2017 DSB | participate in CAMP Conf; notes to file re settlement | $400.00 | 1.30 | 0.00 | $520.00 | Billable | $520.00 | $520.00 |
| 7/11/2017 LM | tct Atty Votre's office; left message with Beth for Votre to call re: when payment will be sent | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 7/18/2017 DSB | review email from Atty Votre's office regarding demand that Smith deliver vehicle and tc w/ Atty Votre re same; reply to email regarding vehicle's location | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 7/18/2017 LM | tct Nicole of KV's office re: payment of fees | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 8/01/2017 LM | Email to Nicole re: payment | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 8/03/2017 DSB | review letter from Ken Votre and discuss w/ Brian Bromberg | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 8/04/2017 DSB | draft reply letter to Atty Votre re return of vehicle | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |

**Pre-Bill Worksheet**

| Date / User | Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 8/08/2017 DSB | revise letter to Atty Votre | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 8/14/2017 DSB | review case status and email to Brian Bromberg re same proposing possible next steps | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 8/14/2017 DSB | tc w/ Brian Bromberg re missed deadline and decision to wait for circuit court to dismiss; email client re same | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 8/14/2017 DSB | review status of case and failure of ABW to file appeal by 8/11 deadline; email to Bran Bromberg re same | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 8/15/2017 DSB | review order dismissing case | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 8/16/2017 DSB | outline of issues to raise in fee motion | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 8/18/2017 DSB | Prepare motion and MOL in support of post appeal fees | $400.00 | 1.50 | 0.00 | $600.00 | Billable | $600.00 | $600.00 |
| 8/28/2017 DSB | Prepare declaration adn attachment (.3); incorporate declarations and finalize motion and memo of law (.6) | $400.00 | 0.90 | 0.00 | $360.00 | Billable | $360.00 | $360.00 |
| 8/28/2017 LM | Edit MOL to include citations | $150.00 | 0.30 | 0.00 | $45.00 | Billable | $45.00 | $45.00 |
| Total | Billable Fees | | 21.10 | | $6,755.00 | | | $6,755.00 |

4