UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSALIND ELAINE SMITH | ) | CIVIL ACTION NO. |
|     Plaintiff | ) | 3:15-CV-00599-AWT |
| | ) | |
| v. | ) | |
| | ) | |
| A BETTER WAY WHOLESALE AUTOS, INC. | ) | |
|     Defendant | ) | |
| | ) | AUGUST 28, 2017 |

Declaration of Brian L. Bromberg in Support of
Plaintiff's Motion for Supplemental Post-Appeal Attorney Fees and Costs

Under 28 U.S.C. § 1746, I, Brian L. Bromberg, do hereby declare under penalty of perjury, that the following is true and correct:

1. I am a principal of the Bromberg Law Office, P.C.

2. I am submitting this Declaration in support of the request for an award of attorney fees, costs and expenses incurred in litigating the appeal on this case.

3. My rate on this matter is $400 an hour.

4. As explained below, I have been awarded considerably more on federal-court cases.

5. The credentials and court decisions upon which I base my hourly rate are as follows:

6. I graduated from Oberlin College with a B.A. in Philosophy in 1987.

7. I earned my J.D. from Brooklyn Law School in 1991.

8. I am a member in good standing of the bars of the following state courts:

> New York State Bar (Appellate Division, Second Department)
> March 4, 1992
>
> California Bar
> July 17, 2006
>
> New Jersey Bar
> June 19, 2017

7. I am a member in good standing of the following federal courts:

> U.S. District Court for the Southern District of New York
> May 19, 1992
>
> U.S. District Court for the Eastern District of New York
> June 10, 1992
>
> United States Court of Appeals for the Second Circuit
> January 10, 2002
>
> Supreme Court of the United States
> August 4, 2003
>
> U.S. District Court for the Northern District of Illinois
> August 15, 2003
>
> United States Court of Appeals for the Seventh Circuit
> May 13, 2004
>
> U.S. District Court for the Western District of New York
> December 6, 2004
>
> U.S. District Court for the Northern District of New York
> January 4, 2005
>
> U.S. District Court for the Northern District of Indiana
> August 30, 2005
>
> U.S. District Court for the District of Connecticut
> March 3, 2006

      U.S. District Court for the Northern District of California
      August 7, 2006

      U.S. District Court for the Central District of California
      August 10, 2006

      U.S. District Court for the Southern District of California
      August 24, 2006

      U.S. District Court for the Eastern District of California
      August 29, 2006

      U.S. District Court for the Western District of Wisconsin
      May 14, 2008

      United States Court of Appeals for the Third Circuit
      August 12, 2009

      United States Court of Appeals for the Fourth Circuit
      April 11, 2011

      United States Court of Appeals for the Eleventh Circuit
      August 19, 2011

      U.S. District Court for the Southern District of Indiana
      November 16, 2015

      U.S. District Court for the Southern District of Texas
      January 19, 2017

      U.S. District Court for the District of Colorado
      April 20, 2017

      U.S. District Court for the District of New Jersey
      July 6, 2017

8.    I have been admitted *pro hac vice* to the following courts:

          U.S. District Court for the Southern District of Florida

          U.S. District Court for the District of Maryland

          U.S. District Court for the District of Minnesota

          U.S. District Court for the District of Nevada

        U.S. District Court for the Southern District of Ohio

        U.S. District Court for the Eastern District of Pennsylvania

        U.S. District Court for the Western District of Pennsylvania

        U.S. District Court for the Eastern District of Virginia

### Background and Qualifications

9. From 1991 until October 2001, I was employed by the law office of Peter Marc Stern in New York, New York.

10. In October 2001, I started my own practice, Bromberg Law Office, P.C., f/k/a Brian L. Bromberg, P.C., concentrating in the field of consumer protection law.

11. I have experience in the fields of commercial litigation, bankruptcy, real estate, landlord/tenant law, trusts and estates, and criminal law.

12. I now focus my practice on representation of consumers in consumer rights litigation and class actions.

13. I am a member of the following professional organizations:

    Federal Bar Council

    National Association of Consumer Advocates

    Association of Small Claims Court Arbitrators

14. In November 2014, I was elected to the Board of Directors of the National Association of Consumer Advocates (NACA)

15. With over 1,700 members, NACA is the premier membership organization for consumer-protection attorneys in the United States.

16. In November 2015, I was elected Treasurer of NACA.

17. I am the principal author of an *amicus curiae* brief filed on behalf of AARP and NACA in the case of *Naposki v. The First National Bank of Atlanta d/b/a Wachovia Bank Card Services, and Wachovia Corporation*, New York Supreme Court, Appellate Division, Second Department, Appellate Case No. 2002-02506.

18. On behalf of NACA, I also helped prepare an *amicus curiae* brief submitted (on October 6, 2006) to the New York Court of Appeals by NACA and 12 other non-profit legal services and public interest organizations, in the case entitled *Merscorp, Inc. v. Romaine*. I have assisted in the preparation of other *amicus* briefs that affect consumers' rights.

19. I am experienced in trial and appellate court litigation and have the following reported cases, among others:

> *Dixon v. A Better Way Wholesale Autos, Inc.*, ___ Fed.Appx. ___, 2017 WL 2196662 (2d Cir. May 18, 2017) (summary order)
>
> *Franco v. A Better Way Wholesale Autos, Inc.*, ___ Fed.Appx. ___, 2017 WL 2804901 (2d Cir. June 28, 2017) (summary order)
>
> *Torres v. Toback, Bernstein & Reiss LLP*, 2017 WL 281878 (E.D.N.Y. Jan. 23, 2017)
>
> *Biber v. Pioneer Credit Recovery, Inc.*, 229 F.Supp.3d 457 (E.D.Vir. 2017)
>
> *Eades v. Kennedy, PC Law Offices*, 2016 6988913 (W.D.N.Y. Nov. 22, 2016)
>
> *McCrobie v. Palisades Acquisition XVI, LLC*, 2016 WL 6651861 (2d Cir. 2016) (summary order)
>
> *White v. Fein, Such and Crane, LLP*, 2016 WL 6493415 (W.D.N.Y. Nov. 1, 2016)
>
> *Annunziato v. Collecto, Inc.*, 2016 WL 5407871 (E.D.N.Y. Sept. 19, 2016)
>
> *Godson v. Eltman, Eltman & Cooper, PC*, 177 F.Supp.3d 803 (W.D.N.Y. 2016)

5

*Godson v. Eltman, Eltman & Cooper, PC*, 2015 WL 9434228 (W.D.N.Y. Dec. 22, 2015)

*Godson v. Eltman, Eltman & Cooper, PC*, 2015 WL 5784908 (W.D.N.Y. Sept. 30, 2015)

*Hallmark v. Cohen & Slamowitz, LLP*, 2015 WL 4483959 (W.D.N.Y. July 22, 2015)

*Dykes v. Portfolio Recovery Associates, LLC*, 111 F.Supp.3d 739 (E.D. Virginia 2015)

*Eades v. Kennedy, PC Law Offices*, 799 F.3d 161 (2d Cir. 2015)

*Dykes v. Portfolio Recovery Associates, LLC*, 306 F.R.D. 529 (E.D. Virginia 2015)

*Hallmark v. Cohen & Slamowitz, LLP*, 307 F.R.D. 102 (W.D.N.Y. 2015)

*Sickler v. Colvin*, 2015 WL 1600320 (S.D.N.Y. Apr. 9, 2015)

*Annunziato v. Collecto, Inc.*, 304 F.R.D. 165 (E.D.N.Y. 2015)

*Hallmark v. Cohen & Slamowitz, LLP*, 304 F.R.D. 165 (W.D.N.Y. 2015)

*Kalkstein v. Collecto, Inc.*, 304 F.R.D. 114, 2015 WL 59246 (E.D.N.Y. Jan. 2, 2015)

*Clarke v. Hudson Valley Federal Credit Union*, 2014 WL 6791184 (S.D.N.Y. Dec. 2, 2014)

*DeJesus v. City of New York*, 55 F.Supp.3d 520 (S.D.N.Y. Oct. 28, 2014)

*Hallmark v. Cohen & Slamowitz, LLP*, 302 F.R.D. 295 (W.D.N.Y. 2014)

*Hallmark v. Cohen & Slamowitz, LLP*, 2014 WL 2028426 (W.D.N.Y. Sept. 15, 2014)

*Stinson v. Delta Management Associates, Inc.*, 302 F.R.D. 160 (S.D.Ohio 2014)

*Hallmark v. Cohen & Slamowitz, LLP*, 300 F.R.D. 110 (W.D.N.Y. 2014)

*Annunziato v. Collecto, Inc.*, 2014 WL 1410255 (E.D.N.Y. April 12, 2014)

*Torres v. Toback, Bernstein & Reiss LLP*, 2014 WL 988480 (E.D.N.Y. Mar. 14, 2014) (report and recommendation), adopted in part, rejected in part, *Torres v. Toback, Bernstein & Reiss LLP*, 2014 WL 1330957 (E.D.N.Y. Mar. 31, 2014)

*Kelen v. World Financial Network National Bank*, 295 F.R.D. 87 (S.D.N.Y. 2013)

*Hallmark v. Cohen & Slamowitz, LLP*, 293 F.R.D. 410 (W.D.N.Y. 2013), reconsideration denied, 2014 WL 51322 (Jan. 8, 2014)

*Godson v. Eltman, Eltman & Cooper, PC*, 2013 WL 4832715 (W.D.N.Y. Sept. 11, 2013)

*Castro v. Green Tree Servicing, LLC*, 959 F.Supp.2d 698 (S.D.N.Y. 2013).

*Annunziato v. Collecto, Inc.*, 293 F.R.D. 329 (E.D.N.Y. 2013)

*Rubinstein v. Department Stores Nat. Bank*, 955 F.Supp.2d 260 (S.D.N.Y. 2013)

*Taub v. Department Stores Nat. Bank*, 950 F.Supp.2d 698 (S.D.N.Y. 2013)

*Lee v. Forster & Garbus LLP*, 926 F.Supp.2d 482 (E.D.N.Y. 2013)

*Linsley v. FMS Investment Corp.*, 288 F.R.D. 11 (D.Conn. 2013)

*Easterling v. Collecto, Inc.*, 692 F.3d 229 (2d Cir. 2012)

*Dashiell v. Van Ru Credit Corp.*, 283 F.R.D. 319 (E.D.Virginia 2012)

*Phillips v. City of New York*, 871 F.Supp.2d 200 (E.D.N.Y. 2012)

*Castro v. Green Tree Servicing LLC*, 2012 WL 2428190 (S.D.N.Y. June 22, 2012)

*Hallmark v. Cohen & Slamowitz, LLP*, 283 F.R.D. 136 (W.D.N.Y. 2012)

*Torres v. Toback, Bernstein & Reiss LLP*, 278 F.R.D. 321 (E.D.N.Y. 2012)

*Ellis v. General Revenue Corp.*, 274 F.R.D. 53 (D. Conn. 2011), motion to certify appeal denied, 2011 WL 2669155 (D. Conn. July 6, 2011), and leave to appeal denied, 2011 WL 3490271 (2d Cir. Aug. 9 2011)

*Hess v. Cohen & Slamowitz LLP*, 637 F.3d 117 (2d Cir. 2011)

*Rubinstein v. Department Stores National Bank*, 2011 WL 147721 (S.D.N.Y. Jan. 11, 2011)

*Cunningham v. Electronic Data Systems Corp.*, 754 F. Supp. 2d 638 (S.D.N.Y. 2010)

*Follman v. World Financial Network National Bank*, 721 F. Supp. 2d 158 (E.D.N.Y. 2010)

*Taub v. Big M, Inc.*, 719 F. Supp. 2d 325 (S.D.N.Y. 2010)

*Lemire v. Wolpoff & Abramson, LLP*, 2010 WL 1444581 (D. Conn. April 9, 2010)

*Tobey v. National Action Financial Services, Inc.*, 2009 WL 3734320 (E.D.N.Y. Nov. 4, 2009)

*Miller v. Upton, Cohen & Slamowitz*, 579 F. Supp. 2d 189 (E.D.N.Y. Oct. 5, 2009)

*Lemire v. Wolpoff & Abramson*, LLP, 256 F.R.D. 321 (D. Conn. 2009)

*Larsen v. JBC Legal Group, P.C.*, 588 F. Supp. 2d 360 (E.D.N.Y. 2008)

*Larsen v. JBC Legal Group, P.C.*, 533 F. Supp. 2d 290 (E.D.N.Y. 2008)

*Santoro v. Aargon Agency, Inc.*, 252 F.R.D. 675 (D. Nev. 2008)

*Francis v. A&E Stores, Inc.*, 2008 WL 46129858 (S.D.N.Y. Oct. 16, 2008) (adopting report and recommendation, as modified), and 2008 WL 2588851 (S.D.N.Y. June 26, 2008) (report and recommendation)

*Bowens v. Atlantic Maintenance Corp.*, 2008 WL 704319 (E.D.N.Y. March 14, 2008)

*Simon v. Williams & Fudge, Inc.*, 2008 WL 268294 (S.D.N.Y. Jan. 28, 2008)

*Ingram v. Coach USA, Inc.*, 2008 WL 281224 (D.N.J. Jan. 28, 2008)

*Henry v. Westchester Foreign Autos, Inc.*, 522 F. Supp. 2d 610 (S.D.N.Y. 2007)

*Meselsohn v. Lerman*, 485 F. Supp. 2d 215 (E.D.N.Y. 2007)

*Ayzelman v. Statewide Credit Services Corp.*, 242 F.R.D. 23 (E.D.N.Y. 2007)

*Ayzelman v. Statewide Credit Services Corp.*, 2006 WL 3388651 (E.D.N.Y. Nov. 21, 2006)

*Bourlas v. Davis Law Associates*, 237 F.R.D. 345 (E.D.N.Y. 2006)

*Trevino v. ACB American, Inc.*, 2006 WL 391797 (N.D. Cal. Feb. 17, 2006)

*Trevino v. ACB American, Inc.*, 232 F.R.D. 612 (N.D. Cal. 2006)

*Lawrence v. Borah, Goldstein, Altschuler, Schwartz & Nahins, P.C.*, 2005 WL 2875383 (S.D.N.Y. Nov. 1, 2005)

*Naposki v. First Nat. Bank of Atlanta*, 18 A.D.3d 834, 797 N.Y.S.2d 99 (2d Dept. 2005)

*Burns v. First American Bank*, 2005 WL 1126904 (N.D. Ill. April 28, 2005)

*Weniger v. Arrow Financial Services, LLC*, 2004 WL 2980646 (N.D. Ill. Dec. 21, 2004)

*Weniger v. Arrow Financial Services, LLC*, 2004 WL 2609192 (N.D. Ill. Nov. 17, 2004)

*Jacobs v. ABN-Amro Bank N.V.*, 2004 WL 869557 (E.D.N.Y. April 21, 2004)

*Bracken v. Harris & Zide , L.L.P.*, 219 F.R.D. 481 (N.D. Cal. 2004)

*McDowall v. Leschack & Grodensky, P.C.*, 279 F. Supp. 2d 197 (S.D.N.Y. 2003)

*McDowall v. Cogan*, 216 F.R.D. 46 (E.D.N.Y. 2003)

*Miller v. Wolpoff & Abramson, LLP*, 471 F. Supp. 2d 243 (E.D.N.Y. 2007)

*Miller v. Wolpoff & Abramson, LLP*, 321 F.3d 292 (2d Cir. 2003)

*Trang v. HSBC Mortgage Corp.*, NYLJ, April 17, 2002, p. 28, col. 3

*Mailloux v. Arrow Financial Services*, LLC, 204 F.R.D. 38 (E.D.N.Y. 2001)

*Mailloux v. Arrow Financial Services, LLC*, 2002 WL 246771 (E.D.N.Y. Feb. 21, 2002)

20. I am also experienced in consumer fraud class action litigation and have participated in the following filed cases, among others:

*Ayzelman v. Statewide Credit Services Corp.*, EDNY, Case No. 04-CV-3732 (statewide New York FDCPA settlement class certification of 624 members; settlement approved)

*Beaubrun v. Eric Streich, P.C.*, EDNY, Case No. 06-CV-6598 (statewide New York FDCPA settlement class certification of 1,572 members; settlement approved)

*Bourlas v. Davis Law Associates*, EDNY, Case No. 05-CV-4548 (statewide New York FDCPA settlement class certification of 2,834 members; settlement approved)

*Bracken v. Harris & Zide, L.L.P.*, N.D.Cal., Case No. C 02-5146 (statewide California FDCPA settlement class certification of 3,534 members; settlement approved)

*Cinelli v. MCS Claim Services, Inc.*, EDNY, Case No. 04-CV-3809 (statewide New York FDCPA settlement class certification of 2,112 members; settlement approved)

*Dashiell v. Van Ru Credit Corp.*, E.D.Virginia, Case No. 12-CV-273 (statewide Virginia FDCPA settlement class certification of 65 members; settlement approved)

*DePrisco v. MCS Claim Services, Inc.*, EDNY, Case No. 03-CV-1642 (statewide New York FDCPA settlement class certification of 5,471 members; settlement approved)

*Eason v. AFNI, Inc.*, D. Md., Case No. 08-CV-128 (Maryland FDCPA class action certified through motion; class of approximately 63,000 members; settlement approved)

*Easterling v. Collecto, Inc.*, W.D.N.Y., Case No. 09-CV-669 (statewide New York FDCPA settlement class certification of 181 members; settlement approved)

*Frank v. Sontag & Hyman, P.C.*, EDNY, Case No. 03-CV-6031 (statewide New York FDCPA settlement class certification of 4,809 members; settlement approved)

*Jacobs v. Law Offices of Mitchell N. Kay*, EDNY, Case No. 02-CV-1062 (nationwide FDCPA settlement class certification of 97 members; settlement approved)

*Jasper v. Account Control Technology, Inc.*, E.D.Virginia, Case No. 13-CV-296 (FDCPA settlement class certification; settlement approved)

*Lawrence v. Borah, Goldstein, Altschuler, Schwartz & Nahins, P.C.*, SDNY, Case No. 04-CV-3066(JCF)(statewide New York FDCPA settlement class certification of 7,150 members; settlement approved)

*Lewis v. Northeast Credit & Collections, Inc.*, SDNY, Case No. 07-CV-11593(SCR) ((statewide New York FDCPA class action certified through motion, class of over 6,000 members; settlement approved)

*Mailloux v. Arrow Financial Services*, EDNY, Case No. 01-CV-2000 (statewide New York FDCPA settlement class certification of 554 members; settlement approved)

*McDowall v. Cogan*, EDNY, Case No. 03-CV-419 (statewide New York FDCPA settlement class certification of 593 members; settlement approved)

*Meselsohn v. Lerman*, EDNY, Case No. 06-CV-4115 (statewide New York FDCPA settlement class certification of 2,384 members; settlement approved)

*Miller v. Berks Credit & Collections, Inc.*, EDNY, Case No. 02-CV-3633 (statewide New York FDCPA settlement class certification of 2,354 members; settlement approved)

*Milo v. Barneys, Inc.*, SDNY, Case No. 10-cv-3133 (TILA settlement class certification of 1,500 class members; settlement approved)

*Mitchell v. Surpas Resource Corporation*, SDNY, 01-CV-7230-WP (state-wide New York FDCPA settlement class certification of over 6,000 members; settlement approved)

*Morris v. CACH, LLC*, D.Nev., 13-CV-270 (statewide Nevada FDCPA settlement class certification of over 1,000 members; settlement approved)

*Napoleon v. Pugh*, N.D.Cal., Case No. C 02-5149 (statewide California FDCPA settlement class certification of 9,278 members; settlement approved)

*Richman v. Carol Wright Promotions, Inc.*, Supreme Court, Queens County, Index No. 26824/02 (nationwide consumer fraud settlement class certification of approximately 5 million members; settlement approved)

*Rubinstein v. Department Stores National Bank*, S.D.N.Y., Case No. 08-CV-1596 (nationwide TILA settlement class certification of approximately 30 million class members; settlement approved)

*Santoro v. Aargon Agency, Inc.*, D.Nev., Case No. 07-cv-1003 (statewide Nevada FDCPA class certified through motion; class of approximately 10,000 members)

*Schwartz v. GE Capital Consumer Card Co.*, EDNY, Case No. 06-CV-394 (nationwide TILA settlement class certification of 237,748 members; settlement approved)

*Stinson v. Delta Management Associates, Inc.*, S.D.Ohio, Case No. 13-CV-238 (FDCPA settlement class certification; settlement approved)

*Strubel v. Talbots Classics National Bank*, S.D.N.Y., Case No. 13-CV-1106 (TILA settlement class certification; settlement approved)

*Tinsley v. Kay*, EDNY, Case No. 04-CV-2253 (statewide New York FDCPA settlement class certification of 53,907 members; settlement approved)

*Trang v. HSBC Mortgage Corp.*, Supreme Court, Queens County, Index No. 21810/01 (violations of NYS General Business Law § 349 & Real Property Law § 274-a; statewide New York

settlement class certification of over 14,000 members; settlement approved)

21. In addition, I served on the National Association of Consumer Advocates Class Action Guidelines Revision Committee. The Committee revised the 1997 NACA Guidelines for Litigating and Settling Consumer Class Actions, 176 F.R.D. 375 (1998). The revised Guidelines, Nat'l Ass'n of Consumer Advocates, *Standards and Guidelines for Litigating and Settling Consumer Class Actions* (rev. 2006), were adopted and published at 255 F.R.D. 215 (2d ed. 2006). (The Guidelines have recently been revised a third time, but I was not involved in that revision.)

22. From 2007-2009 and from 2012-2014, I served on the Consumer Affairs Committee of the Association of the Bar of the City of New York.

23. From 2009-2012, I served on the Civil Courts Committee of the Association of the Bar of the City of New York.

24. I have spoken to the public about consumer-protection issues and lobbied Congress concerning consumer-protection issues, and spoken at a press conference in support of a bill introduced in Congress to provide consumers with more information and give them greater protection when they use credit cards.

25. I have testified concerning debt-collection abuse before the New York City Department of Consumer Affairs and the New York State General Assembly Committee on Consumer Affairs and Protection.

26. I lectured at National Consumer Law Center and National Association of Consumer Advocates conferences in November 2006, March 2007, September 2007, November 2007, March 2008, May 2008, February 2009, March 2010,

November 2010, March 2011, November 2011, February 2012, March 2014, March 2015, March 2016, March 2017, and April 2017. I have also spoken on consumer-law issues at the Association of the Bar of the City of New York, the New York County Lawyers Association, the Suffolk County Bar Association, the Association of Small Claims Court Arbitrators, and New York Law School.

27. In December 2009, I participated in a Federal Trade Commission Debt Collection Roundtable.

28. In February 2010, MFY Legal Services, Inc. honored me for my work on consumer rights with a Partner in Justice Award, "in recognition of exemplary pro bono service and commitment to ensuring equal access to justice for all."

29. In April 2012, I was invited to speak about "Class Action Developments and Settlements" at the premier class-action-defense-bar conference: Practising Law Institute's "17th Annual Consumer Financial Services Institute in NYC."

30. In July 2013, I was invited to speak again on a Practising Law Institute panel for a program entitled "Representing the Pro Bono Client: Consumer Law Basics 2013.

31. Most recently, in November 2016, I was invited to speak on a panel of attorneys at New York Law School about the Consumer Financial Protection Bureau's anticipated rules prohibiting the class-action waivers in arbitration clauses in consumer contracts and requiring the reporting of detailed records concerning the results of consumer-arbitration proceedings.

32. In addition, although not related to consumer-finance issues, I have frequently served as pro bono *amicus* counsel on behalf of food-policy organizations attempting to address issues concerning obesity and nutritional labelling.

## My Hourly Rate

33. On federal-court litigation, I bill $400 to $600 an hour on contingency.

34. As my expertise in the field of consumer litigation has increased, federal judges in Brooklyn, Manhattan, Central Islip, and White Plains have by-and-large steadily increased my approved rates:

   a. $200/hour – *Cooper v. Sunshine Recoveries, Inc.*, No. 00-CIV-8898(LTS)(JCF), 2001 WL 740765 (S.D.N.Y. Francis, M.J. June 27, 2001) (FDCPA case in Manhattan)

   b. $225/hour – *Kapoor v. Rosenthal*, 269 F.Supp.2d 408 (S.D.N.Y. Ellis, M.J. 2003) (FDCPA case in Manhattan)

   c. $300/hour – *Cinelli v. MCS Claim Svcs.*, 236 F.R.D. 118 (E.D.N.Y. Boyle, M.J. 2006) (FDCPA case in Central Islip)

   d. $300/hour – *Larsen v. JBC Legal Group, P.C.*, 588 F.Supp.2d 360 (E.D.N.Y. Boyle, M.J. 2006) (FDCPA case in Central Islip)

   e. $350/hour (plus a 1.38 multiplier) – *Lewis v. Northeast Credit & Collections, Inc.*, S.D.N.Y. No. 07-CV-11593(SCR) (Robinson, J.) (FDCPA case in White Plains; no written decision, but the multiplier request and the resulting court order, filed September 2, 2009, are reflected on PACER)

    f. $400/hour (plus a 2.0 multiplier) – *Schwartz v. GE Capital Consumer Card Co.*, E.D.N.Y. No. 06-CV-394(JMA) (Azrack, M.J.) (TILA case in Brooklyn; no written decision, but the multiplier request and the resulting order, filed September 25, 2007, are reflected on PACER)

    g. $450/hour (plus a 2.25 multiplier) – *Rubinstein v. Department Stores National Bank*, No. 08-cv-1596(LTS)(GWG), 2011 WL 147721 (S.D.N.Y. Jan. 11, 2011)

    h. $500/hour – *Milo v. Barneys, Inc.*, SDNY, Case No. 10-cv-3133 (PKC) (TILA case in Manhattan; no written decision, but the rate and the resulting order are reflected on PACER)

    i. $550/hour (plus a 3.2 multiplier) – *Strubel v. Talbots Classics National Bank*, S.D.N.Y., Case No. 13-CV-1106 (PAE) (TILA case in Manhattan; no written decision, but the rate and the resulting order are discussed at length on the record by Judge Engelmayer)

    j. $600/hour -- *Zevon v. Department Stores National Bank*, SDNY Case No. 12-CV-7799 (PAC) (*see* ECF# 65, adopting the rates requested in the plaintiffs' papers submitted in support of final-approval of a class-action settlement)

35. Thus, here, my rate of $400 an hour is reasonable considering my more than 25 years of experience as an attorney and my extensive experience with consumer class action litigation. *See De La Paz v. Rubin & Rothman, LLC*, 2013 WL

6184425 (Nov. 25, 2013), and *White v. First American Registry*, 2007 WL 703926 (Mar. 7, 2007) (in both cases awarding $550 an hour to James Fishman, a seasoned attorney with whom I have worked and lectured at the City Bar and at national consumer-law conferences); *see also*, *Perez v. Tri State Auto Mall, Inc.*, No. 10–cv–2389 (CBA)(JO), 2011 WL 2621323 (E.D.N.Y. June 29, 2011) (finding a rate of $350 an hour reasonable for an attorney who has only been practicing consumer law for slightly over 10 years).

36. My contemporaneous records, reflecting my office's time and disbursements, are attached as Exhibit A.

37. Based upon my records, I have accumulated approximately 4.60 hours of time at a billing rate of $400 an hour for a total of $1,840 in time, which includes 2.30 for work done in connection with this petition.

38. My office has not incurred any costs.

39. Accordingly, the total amount in billable fees, costs and disbursements to date for my office is $1,840, as reflected in Exhibit A.

Under 28 U.S.C. § 1746, I, Brian L. Bromberg, do hereby certify under penalties of perjury, that the above statements are true and correct to the extent they reflect my personal knowledge and otherwise are based upon my information and belief.

Dated:   New York, New York
         August 28, 2017

/s/ Brian L. Bromberg
Brian L. Bromberg

# EXHIBIT A

# Bromberg Law Office, P.C.

26 Broadway
21st Floor
New York, NY 10004
(212) 248-7906

**Rosalind Elaine Smith**

**Re:** Smith, Rosalind Elaine v. A Better Way Wholesale Autos, Inc.

Date: 8/28/2017
File Number: /
Invoice Number: Draft

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 05/03/2017 | BLB | Telephone call w/ Dan Blinn re whether to agree to substitute escrow for bond | 0.30 | 120.00 |
| 05/08/2017 | BLB | Telephone call w/ Dan Blinn re execution issue | 0.20 | 80.00 |
| 05/12/2017 | BLB | Telephone call w/ Dabn Blinn re options under FRAP for frivolous appeal | 0.20 | 80.00 |
| 05/23/2017 | BLB | Telephone call w/ Dan Blinn | 0.30 | 120.00 |
| 06/05/2017 | BLB | Reviewed CAMP Conference Memo and prepared proposed additions to CAMP Conference memorandum | 0.50 | 200.00 |
| 06/08/2017 | BLB | Preparation of revised memorandum re stay | 0.60 | 240.00 |
| 06/10/2017 | BLB | Email correspondence with Ken Votre re appendix on appeal | 0.10 | 40.00 |
| 06/10/2017 | BLB | Review file status and appendix issues with Dan Blinn | 0.10 | 40.00 |
| 06/16/2017 | BLB | Telephone call -- CAMP Conference w/ everyone | 1.20 | 480.00 |
| 08/03/2017 | BLB | Telephone call w/ Dan Blinn re letter from Ken Votre | 0.10 | 40.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/14/2017 | BLB | Read and reviewed emails from Dan Blinn | 0.20 | 80.00 |
| 08/14/2017 | BLB | Telephone call w/ Dan Blinn re Defendant's missed deadline; advised that we should wait for the Circuit Court to act | 0.10 | 40.00 |
| 08/26/2017 | BLB | Research and preparation of papers in support of motion for supplemental fees | 0.70 | 280.00 |
| | | **Total Fees** | **4.60** | **$1,840.00** |

**Time Summary**

| Initials | Rate | Hours | Amount |
|---|---|---|---|
| BLB | 400.00 | 4.60 | 1,840.00 |

**TOTAL NEW CHARGES**　　　　　　　　　　　　　　　　$1,840.00

**STATEMENT OF ACCOUNT**

　　Current Fees　　　　　　　　　　　　　　　1,840.00

**AMOUNT DUE AND OWING TO DATE**　　　　**$1,840.00**