**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------- x
ROSALIND ELAINE SMITH,            :
                                  :
          Plaintiff,              :
                                  :
v.                                :   Civil No. 3:15-cv-599(AWT)
                                  :
BETTER WAY WHOLESALE AUTOS,       :
INC.,                             :
                                  :
          Defendant.              :
------------------------------- x
```

**ORDER RE MOTION FOR POST-APPEAL ATTORNEY'S FEES**

The plaintiff's Motion for Post-Appeal Attorney's Fees (Doc. No. 33) is hereby GRANTED.

Plaintiff Rosalind Elaine Smith moves for an award of post-appeal attorney's fees, including expenses and costs, in the amount of $8,595. The court concludes that, for the reasons set forth by the plaintiff in her supporting memorandum (see Doc. No. 33-1), the attorney's fees sought here are for work necessarily incurred in contesting the defendant's appeal to the Second Circuit. The court concludes that the time expended was reasonable and that the hourly rates requested are also reasonable.

Accordingly, the plaintiff is awarded post-appeal attorney's fees in the amount of $8,595, to be paid by defendant A Better Way Wholesale Autos, Inc. This award is in addition to the award of supplemental attorney's fees in the amount of

$5,800 made in response to the plaintiff's Motion for

Supplemental Attorney's Fees (see Doc. Nos. 19 and 37).

It is so ordered.

Signed this 26th day of October 2017, at Hartford,

Connecticut.

                                    /s/ AWT
                              Alvin W. Thompson
                          United States District Judge